# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| JIM E. THOMAN | DOCKET NO. 6:09-cv-1593 |
| V. | SECTION "P" |
| WARDEN AVOYELLES PARISH PRISON | JUDGE DOHERTY |
| | MAGISTRATE JUDGE HILL |

## ORDER

On September 10, 2009, *pro se* petitioner, Jim E. Thoman, filed the instant petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. Petitioner is incarcerated at the Avoyelles Parish Prison in Marksville, Louisiana. However, he attacks his conviction for fourth offense driving while intoxicated, entered in Louisiana's Twenty-Second Judicial District Court for St. Tammany Parish, Louisiana. Since the petition attacks a conviction which occurred in a Parish and Judicial District located within the geographical jurisdiction of the United States District Court for the Eastern District of Louisiana, venue is proper there. Therefore, in accordance with the provisions of 28 U.S.C. §2241(d);

**IT IS ORDERED THAT** the petition for writ of *habeas corpus* is hereby **TRANSFERRED** to the United States District Court for the Eastern District of Louisiana

Signed in Chambers, Lafayette, Louisiana, on September 11, 2009.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE