## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JIM THOMAN** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 09-6361** |
| **WARDEN GLEN BOOTY** | * | **SECTION: "S"(6)** |

## **ORDER**

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of JIM THOMAN for issuance of a writ of *habeas corpus* under 28 U.S.C. § 2254, be, and the same is hereby **DISMISSED WITHOUT PREJUDICE** for failure to exhaust.

New Orleans, Louisiana, this 5th day of March, 2010.

_____
**UNITED STATES DISTRICT JUDGE**